EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|--------|--------------------|
| | 2021 TSPR 127 |
| Roberto J. J. Buono Colón | 207 DPR _____ |
| | |

Número del Caso:  TS-14,530


Fecha:  20 de agosto de 2021


Abogada de la parte peticionaria:

   Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Roberto J.J. Buono Colón

TS-14,530

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de agosto de 2021.

Examinada la *Moción en cumplimiento de orden* presentada por la parte promovida, y en vista de que el señor Buono Colón ha cumplido con nuestra orden del 29 de junio de 2021, se reactiva al abogado Roberto J.J. Buono Colón al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo